BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone (702) 228-2600
Fax (702) 228-2333
Carter@nvlegaljustice.com and
Lindsay@nvlegaljustice.com
Attorneys for Plaintiff
    MARY JOHNSON

NASH AND FRANCISKATO LAW FIRM
Brian S. Franciskato (*Pro Hac Vice*)
Randy James (*Pro Hac Vice*)
2300 Main Street, Suite 170
Kansas City, MO  64108
Attorneys for Plaintiff
    MARY JOHNSON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY JOHNSON, | |
|     Plaintiff, | Case No. 2:19-cv-00534-GMN-GWF |
| v. | Complaint Filed: May 09, 2017<br>Transferred: March 29, 2019 |
| JOHN CUCKLER, M.D.; ALABAMA MEDICAL CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; AND BIOMET MANUFACTURING, LLC; | |
|     Defendants. | |

**JOINT MOTION TO EXTEND STAY PENDING**
**PARTICIPATION IN SETTLEMENT PROGRAM**

The Parties, through counsel, respectfully request that the Court enter an order extending the stay in this matter through and including February 28, 2021, to allow the Parties herein to complete

Page 1 of 3

their participation in a settlement program. In support, the Parties state as follows:

1. The above-captioned action is one of a number of cases pending across the country involving the Biomet M2a hip replacement system.

2. As the Court knows, Plaintiff's and Defendants' counsel have reached an agreement on a settlement program.

3. Counsel believe this settlement program is the most efficient method to provide an opportunity to resolve all of the cases without the resource-intensive case-by-case trial workup that has historically taken place to resolve any previous suits between counsel. In an effort to avoid the time and expense, the Parties' agreement calls for a neutral third party to review eligible claimant's medical records and make allocations, which serve as settlement offers.

4. Due to the number of claims, the number of different jurisdictions involved, the varying stages of litigation for each case, and the work necessary to review the claims and make settlement offers, the program has taken and will continue to take many months to work through.

5. The above-captioned matter is currently successfully engaged in participation in the settlement program and the parties desire to continue the settlement process.

6. The Parties' respectfully request that the Court extend the stay this case including all deadlines through and including February 28, 2021 to allow the Parties an opportunity to continue participation in the settlement program and, potentially, resolve this matter without further Court involvement.

7. To the extent the Parties have not resolved and/or dismissed this matter by then, the Parties agree to file a Notice of Case Status within fourteen (14) days of February 28, 2021 to apprise the Court of the status of settlement negotiations and, if necessary, request a Case Management conference to schedule deadlines in this Matter.

8. This request is made in good faith and is not for purposes of undue delay. No party

will be prejudiced by the granting of the requested stay. The parties agree that a stay would best conserve the parties' and Court's resources.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the stay in this matter through February 28, 2021.

Dated: November 16, 2020

By: */s/ Lindsay K. Cullen, Esq.*
BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ
Nevada Bar No. 12364
7408 West Sahara Avenue
Las Vegas, NV 89117
T: 702-228-2600
F: 702-228-2333
lindsay@nvlegaljustice.com

Brian S. Franciskato
**NASH & FRANCISKATO LAW FIRM**
2300 Main Street, Ste 170
Kansas City, MO 64108
T: 816-221-6600
F: 816-221-6612
bfranciskato@nashfranciskato.com
*Attorneys for Plaintiff*

By:  */s/ Tarifa B. Laddon, Esq.*
TARIFA B. LADDON (Pro Hac Vice)
Tarifa.laddon@faegrebd.com
THEODORE O'REILLY ( Pro Hac Vice)
Theodore.oreilly@faegrebd.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Jodi Farr*

BRETT A. CARTER, ESQ.
Nevada Bar No. 5904
LINDSAY K. CULLEN, ESQ.
Nevada Bar No. 12364
BERTOLDO BAKER CARTER & SMITH
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone (702) 228-2600
Fax (702) 228-2333
Carter@nvlegaljustice.com and
Lindsay@nvlegaljustice.com
Attorneys for Plaintiff
    MARY JOHNSON

NASH AND FRANCISKATO LAW FIRM
Brian S. Franciskato (*Pro Hac Vice*)
Randy James (*Pro Hac Vice*)
2300 Main Street, Suite 170
Kansas City, MO 64108
Attorneys for Plaintiff
    MARY JOHNSON

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY JOHNSON, | |
|     Plaintiff, | Case No. 2:19-cv-00534-GMN-GWF |
| v. | Complaint Filed: May 9, 2017<br>Transferred: March 29, 2019 |
| JOHN CUCKLER, M.D.; ALABAMA MEDICAL CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; AND BIOMET MANUFACTURING, LLC; | |
|     Defendants. | |

## ORDER GRANTING JOINT MOTION TO EXTEND STAY PENDING PARTICIPATION IN SETTLEMENT PROGRAM

This matter came before the Court on the Parties' Joint Motion to Extend Stay Pending Participation in Settlement Program. The Court having considered said Motion and being duly advised in the premises now finds and orders as follows:

1. The Parties' Joint Motion to Extend Stay is hereby GRANTED through and including February 28, 2021;

2. In the event this case is not resolved or dismissed by February 28, 2021, the parties shall file a Notice of Case Status within fourteen days of February 28, 2021 apprising the Court of the status of settlement negotiations and if necessary, request a Case Management Conference to set new deadlines in this matter.

DONE AND ORDERED this  16  day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Copies to:
All Parties of Record via Electronic Service