**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
tarifa.laddon@faegredrinker.com
THEODORE O'REILLY (*Pro Hac Vice*)
theodore.oreilly@faegredrinker.com
RITA MANSURYAN (*Pro Hac Vice*)
rita.mansuryan@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:    310.203.4000
Facsimile:    310.229.1285

Attorneys for Defendants
JOHN CUCKLER, M.D.; ALABAMA MEDICAL: CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and BIOMET MANUFACTURING, LLC

**BERTOLDO BAKER CARTER & SMITH**
BRETT A CARTER (NV Bar No. 5904)
carter@nvlegaljustice.com
LINDSAY K. CULLEN (NV Bar No. 12364)
lindsay@nvlegaljustice.com
7408 W Sahara Ave
Las Vegas, NV 89117
Telephone:    702.228.2600
Facsimile:    702.228.2333

Attorneys for Plaintiff
MARY JOHNSON

(Additional attorneys on the following page)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY JOHNSON, | Case No.: 2:19-cv-00534-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JOHN CUCKLER, M.D.; ALABAMA MEDICAL: CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and BIOMET MANUFACTURING, LLC | |
| | Complaint Filed:    May 09, 2017 |
| | Case Transferred:    March 29, 2019 |
| Defendants. | |

- 1 -

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS (NV Bar No. 000390)
6605 Grand Montecito Parkway, Suite. 200
Las Vegas, NV 89149
Telephone:   (702) 384-7000
Facsimile:   (702) 385-7000

Attorneys for Defendants
JOHN CUCKLER, M.D.; ALABAMA MEDICAL
CONSULTANTS, INC.; BIOMET, INC.;
BIOMET ORTHOPEDICS, LLC;
BIOMET U.S. RECONSTRUCTION, LLC;
and BIOMET MANUFACTURING, LLC

**MAGLIO CHRISTOPHER & TOALE, P.A.**
ILYAS SAYEG (*Pro Hac Vice*)
isayeg@mctlawyers.com
MICHELE S. STEPHAN (*Pro Hac Vice*)
mstephan@mctlawyers.com
1605 Main Street, Suite 710
Sarasota, FL 34236
Telephone:   (888) 952-5242

**NASH & FRANCISKATO LAW FIRM**
BRIAN FRANCISKATO (*Pro Hac Vice*)
bfranciskato@nashfranciskato.com
RANDY WAYNE JAMES (*Pro Hac Vice*)
rjames@nashfranciskato.com
Two Pershing Square
2300 Main Street, Suite 170
Kansas City, MO 64108
Telephone:   (816) 221-6600

Attorneys for Plaintiff
MARY JOHNSON

COMES NOW the PLAINTIFF, Mary Johnson ("Plaintiff"), and the DEFENDANTS, John Cuckler, M.D., Alabama Medical Consultants, Inc., Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC and Biomet Manufacturing, LLC ("Defendants"), and stipulate that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

The Parties further stipulate and agree that this dismissal is being filed prior to the February 28, 2021 deadline set forth in the November 16, 2020 Order Granting the Parties' Joint Motion to Extend Stay Pending Participation in Settlement Program, and hereby request that the Joint Status Report due March 14, 2021 be vacated.

Dated: February 12, 2021  **FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Tarifa B. Laddon*
Tarifa B. Laddon (*Pro Hac Vice*)
Theodore O'Reilly (*Pro Hac Vice*)
Rita Mansuryan (*Pro Hac Vice*)
1800 Century Park East, Suite 1500
Los Angeles, CA 90067

Attorneys for Defendants
JOHN CUCKLER, M.D.; ALABAMA MEDICAL CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and BIOMET MANUFACTURING, LLC

Dated: February 12, 2021  **NASH & FRANCISKATO LAW FIRM**

By: */s/ Brian Franciskato*
Brian Franciskato (*Pro Hac Vice*)
Randy Wayne James (*Pro Hac Vice*)
Two Pershing Square
2300 Main Street, Suite 170
Kansas City, MO 64108

Attorneys for Plaintiff
MARY JOHNSON

## CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing pleading or paper was sent via electronic service on February 12, 2021, to the following attorneys of record:

Brett A Carter
Lindsay K. Cullen
Bertoldo Baker Carter & Smith
7408 W Sahara Ave
Las Vegas, NV 89117
702-228-2600
Fax: 702-228-2333
Email: carter@nvlegaljustice.com
Email: lindsay@nvlegaljustice.com

Brian S. Franciskato
Randy Wayne James
Nash & Franciskato Law Firm
2300 Main St., Ste. 170
Kansas City, MO 64108
816-221-6600
Fax: 816-221-6612
Email: bfranciskato@nashfranciskato.com
Email: rjames@nashfranciskato.com

Ilyas Sayeg
Michele S. Stephan
Maglio Christopher & Toale PA
1605 Main St Ste 710
Sarasota, FL 34236
888-952-5242
Fax: 877-952-5042
E-mail: isayeg@mctlawyers.com
E-mail: mstephan@mctlawyers.com

*/s/ Lorena Lazheztter*
Lorena Lazheztter

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN CUCKLER, M.D.; ALABAMA MEDICAL: CONSULTANTS, INC.; BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET U.S. RECONSTRUCTION, LLC; and BIOMET MANUFACTURING, LLC<br><br>　　　　Defendants. | Case No.: 2:19-cv-00534-GMN-EJY<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　May 09, 2017<br>Case Transferred:　March 29, 2019 |

THIS CAUSE came before the Court upon the Parties' Stipulation for Dismissal of Defendants *with* Prejudice. The Court having reviewed the Stipulation for Dismissal with Prejudice, having reviewed the Court file, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

This case is hereby DISMISSED WITH PREJUDICE as to Defendants, and the March 14, 2021 deadline to file a Joint Status Report is vacated. Plaintiff and Defendants shall each bear their own respective costs and attorneys' fees incurred in connection with this action.

**IT IS SO ORDERED.**

Dated this  16  day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Confirmed copies to:
All counsel of record

# CERTIFICATE OF SERVICE

The undersigned certifies that service of the foregoing pleading or paper was sent via electronic service on February 12, 2021, to the following attorneys of record:

Brett A Carter
Lindsay K. Cullen
Bertoldo Baker Carter & Smith
7408 W Sahara Ave
Las Vegas, NV 89117
702-228-2600
Fax: 702-228-2333
Email: carter@nvlegaljustice.com
Email: lindsay@nvlegaljustice.com

Brian S. Franciskato
Randy Wayne James
Nash & Franciskato Law Firm
2300 Main St., Ste. 170
Kansas City, MO 64108
816-221-6600
Fax: 816-221-6612
Email: bfranciskato@nashfranciskato.com
Email: rjames@nashfranciskato.com

Ilyas Sayeg
Michele S. Stephan
Maglio Christopher & Toale PA
1605 Main St Ste 710
Sarasota, FL 34236
888-952-5242
Fax: 877-952-5042
E-mail: isayeg@mctlawyers.com
E-mail: mstephan@mctlawyers.com

*/s/ Lorena Lazheztter*
Lorena Lazheztter